1  KEVIN W. ROBERTS, WSBA #29473
2  ADAM J. CHAMBERS, WSBA #46631
   DUNN BLACK & ROBERTS, P.S.
3  111 N. Post, Ste. 300
   Spokane, WA 99201-0907
4  Telephone: (509) 455-8711
   Facsimile: (509) 455-8734
5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INDUSTRIAL SYSTEMS & FABRICATION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY, a Minnesota company<br><br>Defendants. | NO. 2:14-CV-00046-RMP<br><br>**PLAINTIFF'S MOTION AND MEMORANDUM TO QUASH SUBPOENA**<br><br>Date: July 7, 2014<br>Time: 6:30 p.m.<br><br>**Without Oral Argument** |

### I. <u>MOTION</u>

Industrial Systems & Fabrication, Inc. ("Industrial Systems"), by and through its attorneys of record, Dunn Black & Roberts, P.S., hereby moves the Court to quash the subpoena propounded by Western National Assurance Company to Alex N. Sill Company as the subpoena requests privileged information. This Motion is made

PLAINTIFF'S MOTION AND
MEMORANDUM TO QUASH
SUBPOENA - 1

**Dunn Black & Roberts**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

pursuant to Fed. R. Civ. P. 45, the Declaration of Adam J. Chambers, and the pleadings of record filed herein.

## II. FACTS

1. On May 27, 2014, Western National Assurance Company ("Western National") served a subpoena on Alex N. Sill Company. (**Ex. A** to Decl. of Chambers).

2. The subpoena requests documents that contain attorney-client and work product privilege. (See **Ex. A** to Decl. of Chambers).

3. To date, no documents have been produced. (Decl. of Chambers).

## III. ARGUMENT

Western National subpoenaed Alex N. Sill Company regarding documents in its possession and control. While all the documents relevant to Industrial Systems' "*claim arising out of the fire*" have already been provided to Western National, Western National now seeks to have these documents produced again, as well as additional documents. However, Alex N. Sill has been working as an agent of Industrial Systems and a consultant to Industrial Systems' counsel. Therefore the requested documents contain numerous attorney-client communications as. See State v. Aguino-Cervantes, 88 Wn. App. 699, 707 (1997); State v. Gibson, 3 Wn. App. 596, 599 (1970); United States v. Kovel, 296 F.2d 918, 920 (2nd Cir. 1961). Furthermore, the requested documents were generated in anticipation of litigation

PLAINTIFF'S MOTION AND
MEMORANDUM TO QUASH
SUBPOENA - 2

with Western National and constitute work product. Under Fed. R. Civ. P. 45(c)(3)(A)(iii), the subpoena should be quashed. In the alternative, the Court should modify the subpoena to prevent disclosure of any attorney-client/work product privilege.

## IV.  CONCLUSION

Pursuant to the foregoing, Industrial Systems' Motion to Quash Subpoena should be granted.

DATED this 5th day of June, 2014.

    s/ ADAM J. CHAMBERS
ADAM J. CHAMBERS, WSBA #46631
KEVIN W. ROBERTS, WSBA #29473
Dunn Black & Roberts, P.S.
111 North Post, Ste. 300
Spokane, WA 99201
Telephone: (509) 455-8711
Fax: (509) 455-8734
kroberts@dunnandblack.com
achambers@dunnandblack.com
Attorneys for Plaintiff

PLAINTIFF'S MOTION AND MEMORANDUM TO QUASH SUBPOENA - 3

**Dunn Black & Roberts**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system. The CM/ECF system will send notification of such filings to the following:

- **Dana A Ferestien**
  dferestien@williamskastner.com,sbrown@williamskastner.com

        s/ ADAM J. CHAMBERS
        KEVIN W. ROBERTS, WSBA #29473
        ADAM J. CHAMBERS, WSBA #46631
        Dunn Black & Roberts, P.S.
        111 North Post, Ste. 300
        Spokane, WA 99201
        Telephone: (509) 455-8711
        Fax: (509) 455-8734
        kroberts@dunnandblack.com
        achambers@dunnandblack.com
        Attorneys for Plaintiff

PLAINTIFF'S MOTION AND MEMORANDUM TO QUASH SUBPOENA - 4

**Dunn Black & Roberts**
A Professional Service Corp.

111 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734