UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INDUSTRIAL SYSTEMS & FABRICATIONS, INC., a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>WESTERN NATIONAL ASSURANCE COMPANY, a Minnesota company,<br><br>　　　　　　　　Defendant. | NO: 2:14-CV-46-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 83, and Praecipe, ECF No. 84.  Having reviewed the Stipulation, Praecipe, and the file and pleadings therein, the Court finds good cause to approve dismissal.

/ / /

/ / /

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal, **ECF No. 83**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 19th day of December 2014.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2